IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00173-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

VERONICA GARCIA,

       Defendant.
_____

**ORDER GRANTING DEFENDANT GARCIA'S UNOPPOSED MOTION FOR ACCESS TO A COMPUTER**
_____

THIS MATTER comes before the Court on Defendant Garcia's Unopposed Motion for an Order Granting Her Access to a Computer to review her discovery.

Having considered the same, the Court FINDS and CONCLUDES that:

The Government shall make arrangements with the Jefferson County Jail to ensure that the Defendant has access to a computer to review all discovery both alone or with her counsel or member of his office.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        Lewis T. Babcock
                        United States District Judge

DATED: June 27, 2007