IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00173-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

VERONICA GARCIA,

       Defendant.
_____

ORDER DISMISSING INDICTMENT
_____

THE COURT, having reviewed the Motion of the Government seeking to dismiss the indictment against the Defendant Veronica Garcia, and finding that the motion is in the interest of justice, it is

ORDERED that the indictment against the Defendant VERONICA GARCIA is DISMISSED and that the Defendant is discharged from the jurisdiction of the United States Courts.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: August 9, 2007